THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: NICOLAS MICHAEL GECSY and LINDSAY MARIE GECSY<br><br>Debtors, | Chapter 7<br><br>Case No. 20-71496 |

_____

NOTICE OF APPEARANCE REQUEST FOR SERVICE OF
NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO DEBTOR(S), TRUSTEE, CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that C. Lee Davis and Lee Davis Law, LLC has been retained and appointed by VININGS BANK, creditor of the above-referenced debtor, to serve as its attorneys and authorized agents to receive and review all notices that may affect their interest in this matter. Accordingly, all parties are hereby requested to serve a copy of each notice of any proceeding, hearing, and/or report in this matter upon C. Lee Davis and Lee Davis Law, LLC at the address listed below.

Dated: November 17, 2020

/s/ C. Lee Davis
C. Lee Davis
Georgia Bar No 207734

Lee Davis Law, LLC
600 Galleria Parkway
Suite 980
Atlanta, GA 30339
770-293-1215 (direct)
877-577-7528 facsimile
leedavis@leedavislawllc.com

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: NICOLAS MICHAEL GECSY and  LINDSAY MARIE GECSY  Debtors, | Chapter 7  Case No. 20-71496 |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance has been served upon the debtor, creditors, and other interested parties through the federal court Electronic Filing System, representing all parties known to this creditor at this time, with a copy mailed 1st Class to the following:

Dated: November 17, 2020.

/s/ C. Lee Davis
C. Lee Davis
Georgia Bar No 207734

Lee Davis Law, LLC
600 Galleria Parkway
Suite 980
Atlanta, GA 30339
678-735-6572
877-577-7528 facsimile
leedavis@leedavislawllc.com